DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel.: 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISCTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIVISION

| | |
|---|---|
| ROSEMARY GUDINO,<br>    Plaintiff,<br>v.<br>JOANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. CV 06-1299 MAN<br><br>[PROPOSED] ORDER OF VOLUNTARY REMAND PURSUANT TO SENTENCE 6 OF 42 U.S.C. § 405(g) |

Based upon the stipulation of the parties, and for good cause shown, IT IS ORDERED that the above-captioned proceeding is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will remand the claim to an Administrative Law Judge for a de novo hearing.

Date: 5/22/06

_____/s/_____
HON. MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE