THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROSEMARY GUDINO,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CV 06-1299 MAN<br><br><u>JUDGMENT FOR PLAINTIFF</u> |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE: June 30, 2008

                              /s/
                    MARGARET A. NAGLE
                    United States Magistrate Judge